```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,           )<br>                               )<br>v.                             )<br>                               )<br>MOO HOON KIM,                  )<br>     aka, Steve Kim            )<br>                               )<br>          Defendant.           )<br>_____) | CR. NO. 2:13-cr-0271 JAM<br><br>STIPULATION AND [~~PROPOSED~~]<br>TO CONTINUE INITIAL APPEARANCE |

    IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the initial appearance in this matter previously scheduled for September 12, 2013, may be continued to September 25, 2013, at 2:00 p.m.

    This continuance is necessary due to the unavailability of retained defense counsel, Patrick K. Hanly, who is currently out of the country.

DATED: September 11, 2013

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                             By: R. Steven Lapham
                                R. STEVEN LAPHAM
                                Assistant U.S. Attorney

DATED: September 11, 2013

          /s/ Patrick L. Hanly
PATRICK K. HANLY
Counsel for defendant

ORDER

IT IS SO ORDERED.

HON. ALLISON CLAIRE
United States Magistrate Judge