1  PATRICK K. HANLY (Bar #128521)
   980 Ninth Street Suite 1600
2  Sacramento, CA  95814
   Telephone:  (916) 773-2211
3  Facsimile:   (916) 449-9544

4  Attorney for Defendant
   Moo Hoon Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  Cr.  13-0271 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MOO HOON KIM, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 22, 2013.

2. By this stipulation, defendant now moves to continue the status conference until December 3, 2013 at 9:45 a.m., and to exclude time between October 22, 2013 and December 3, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has not yet produced discovery associated with this case but anticipates the production of over 5,000 pages of discovery.  Discovery has been delayed due to the

1

recently concluded 16-day government shutdown during which the U.S. Attorney's Office had extremely limited paralegal and secretarial support.

    b.    Counsel for defendant requests additional time to review discovery, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, and to otherwise prepare for trial.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2013 to December 3, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 10-18-13.        /s/ R. Steven Lapham
                                 Assistant United States Attorney

DATED: 10-18-13          /s/ Patrick K. Hanly
                         Counsel for Defendant Moo Hoon Kim

**O R D E R**

IT IS SO FOUND AND ORDERED this 21st day of October, 2013.

          /s/ John A. Mendez
          HONORABLE JOHN A. MENDEZ
          UNITED STATES DISTRICT JUDGE