Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
MOO HOON KIM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:13-CR-0271JAM |
| Plaintiff, ) | |
| ) | **STIPULATION REGARDING** |
| vs. ) | **EXCLUDABLE TIME PERIODS UNDER** |
| ) | **SPEEDY TRIAL ACT; FINDINGS AND** |
| MOO HOON KIM, ) | **ORDER** |
| aka Steven Kim ) | |
| ) | **Date: 2/4/2014** |
| Defendant. ) | **Time: 9:45 a.m.** |
| ) | **Courtroom: Honorable** |
| ) | **JOHN A. MENDEZ** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 4, 2014.

2. By this stipulation, defendant now moves to continue the status conference until March 4, 2014 at 9:45 a.m., before the Honorable John A. Mendez and to exclude time between February 4, 2014 and March 4, 2014 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced over 55,000 pages of discovery associated with this

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

case.

        b.      Counsel for defendant is requesting additional time to review this discovery, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, and to otherwise prepare for trial.

        c.      Counsel for defendant believes that the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.      The government does not object to the continuance.

        e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between the date of the parties' stipulation, February 4, 2014 and the new status conference on March 4, 2014 , inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

**IT IS SO STIPULATED.**

                                                      BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: 1-31-2014                By:    /s/ Michael Anderson
                                                     Assistant United States Attorney

DATED: 1-31-2014 /s/ Patrick K. Hanly
Counsel for Defendant
Moo Hoon Kim

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation on February 4,, 2014, up to and including the March 4, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED**.

Dated:  January 31, 2014 /s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE