PATRICK K. HANLY (Bar #128521)
431 I Street Suite 201
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:   (916) 440-9610

Attorney for Defendant
Moo Hoon Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  Cr.  13-0271 JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| MOO HOON KIM, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Trial Confirmation on October 21, 2014.

2. By this stipulation, defendant now moves to continue the Trial Confirmation until October 28, 2014, and to exclude time between October 21, 2014 and the current trial date of December 1, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has timely produced over 50,000 pages of discovery

**STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL CONFIRMATION HEARING**
*U.S. v. Kim*, CR S 13-0271 JAM

1

associated with this case.  Since then, at the request of the defense, the government timely produced approximately 3,000 pages of discovery.  The government has worked closely with the defense to promptly provide requested discovery.

   b. Counsel for defendant requests additional time to review this discovery, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, and to otherwise prepare to announce ready for trial at the Trial Confirmation hearing.

   c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2014, to until December 1, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period Within which a trial must commence.

*///*

*///*

**STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL CONFIRMATION HEARING**
*U.S. v. Kim*, CR S 13-0271 JAM

2

**IT IS SO STIPULATED**.          UNITED STATES ATTORNEY

DATED: 10-17-14.          By:     /s/ Michael Anderson
                                  Assistant United States Attorney


DATED: 10-17-14                   /s/ Patrick K. Hanly
                                  Counsel for Defendant
                                  Moo Hoon Kim


### O R D E R

**IT IS SO FOUND AND ORDERED** this 17th day of October, 2014.

```
                    /s/ John A. Mendez
```
**HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT JUDGE**

**STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL CONFIRMATION HEARING**
*U.S. v. Kim*, CR S 13-0271 JAM