BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
RICHARD POWERS
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

FEB 25 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOO HOON KIM,<br>　aka Steve Kim,<br><br>　　　　　Defendant. | CASE NO. 2:13-CR-271 WBS<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY – YOUNG<br>CHOI** |

　　　　NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Young Choi give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning the sale of other tobacco products (OTP) in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

　　　　IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Young Choi in any criminal case, except that Young Choi shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

Order re: Immunity and Requiring Testimony　　　　1

comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: __2/25__, 2015

HON. WILLIAM B. SHUBB
United States District Judge