1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  RICHARD POWERS
   Special Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8



FILED

FEB 2 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
           DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 2:13-CR-271 WBS
13 |                       Plaintiff, | ORDER PURSUANT TO
   |                                  | 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
14 |         v.                       | AND REQUIRING TESTIMONY – MAX KIHO
   |                                  | SUH
15 | MOO HOON KIM,                    |
   |   aka Steve Kim,                 |
16 |                       Defendant. |

17

18

19       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Max Kiho Suh give

20 testimony or provide other information which he refuses to give or to provide information with respect

21 to his knowledge concerning the sale of other tobacco products (OTP) in connection with the charged

22 fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-

23 incrimination as to all matters about which he may be asked to testify in this trial.

24       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

25 or any information directly or indirectly derived from such testimony or other information, shall be used

26 against Max Kiho Suh in any criminal case, except that Max Kiho Suh shall not be exempted by this

27 order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

28

Order re: Immunity and Requiring Testimony         1

1  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

2  IT IS SO ORDERED.

3  DATED: __2/25__, 2015

HON. WILLIAM B. SHUBB
United States District Judge