PATRICK K. HANLY (Bar #128521)
431 I Street Suite 201
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:  (916) 440-9610

Attorney for Defendant
Moo Hoon Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOO HOON KIM,<br><br>　　　　　　　　　Defendant, | CASE NO.  Cr.  13-0271 WBS<br><br>**AMENDED** STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING EXTENSION OF TIME TO FILE NEW TRIAL MOTON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that defendant MOO HOON KIM may have until May 4, 2015 to file a new trial motion in the above case.

**IT IS SO STIPULATED**.

　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: April 6, 2015　　　　　　By:　/s/MICHAEL ANDERSON
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED: April 6, 2015　　　　　　　　　/s/ Patrick K. Hanly
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Moo Hoon Kim

STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. Kim*, CR S 13-0271 WBS

1

# O R D E R

**IT IS SO FOUND AND ORDERED**

Dated: April 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE