PATRICK K. HANLY (Bar #128521)
431 I Street Suite 201
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:   (916) 440-9610

Attorney for Defendant
Moo Hoon Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  Cr.  13-0271 WBS |
| Plaintiff, | **STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING EXTENSION OF TIME TO FILE NEW TRIAL MOTON** |
| v. | |
| MOO HOON KIM, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that defendant MOO HOON KIM may have until May 15, 2015 to file a new trial motion in the above case.

**IT IS SO STIPULATED**.

United States Attorney

DATED: May 4, 2015          By:     /s/MICHAEL ANDERSON
                                     Assistant United States Attorney


DATED: May 4, 2015                  /s/ Patrick K. Hanly
                                    Counsel for Defendant
                                    Moo Hoon Kim

1

STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. Kim*, CR S 13-0271 WBS

**O R D E R**

Counsel should not be too surprised if by the time they get around to making and submitting the motion the court has forgotten the evidence and other details of the trial.  **IT IS SO ORDERED**.

**Dated:  May 5, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. Kim*, CR S 13-0271 WBS

2