PATRICK K. HANLY (Bar #128521)
431 I Street Suite 201
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:   (916) 440-9610

Attorney for Defendant
Moo Hoon Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>MOO HOON KIM,<br><br>             Defendant, | CASE NO.  Cr.  13-0271 WBS<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING EXTENSION OF TIME TO FILE NEW TRIAL MOTON** |

**STIPULATION**

Following the recent trial in the above case, defendant Kim underwent emergency surgery to remove his gall bladder.  Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that defendant MOO HOON KIM may have until May 29, 2015 to file a new trial motion in the above case.

**IT IS SO STIPULATED**.

                                                  United States Attorney

DATED: May 15, 2015           By:    /s/MICHAEL ANDERSON
                                     Assistant United States Attorney

STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. Kim*, CR S 13-0271 WBS

1

DATED: May 15, 2015  /s/ Patrick K. Hanly
Counsel for Defendant
Moo Hoon Kim

### O R D E R

The trial in this matter concluded on March 5, 2015. On March 10, 2015, at defendant's request, the court extended the time within which to file a motion for new trial to April 9, 2015. On April 7, 2015, the court granted defendant's request to further extend the time to May 4, 2015. On May 4, 2015, the court again granted defendant's request to extend the time still further to May 15, 2015. At the time the court granted that request it pointed out the risk that with suck a long delay it would forget the evidence and other details of the trial. Notwithstanding that admonition, defendant now files yet another request for extension of time to May 29, 2015.

The court cannot see how the fact that defendant has had gall bladder surgery would necessitate a further extension of time to file a motion for new trial. His attorney is the same attorney who represented him at trial, was present at all stages of the trial, has already had ample opportunity to confer with his client, and would be himself familiar with any grounds that may exist for a new trial. The only real reason the court can discern for such a lengthy delay is to prolong the time before defendant has to begin serving any sentence the court may impose. However, since neither side appears to be concerned that the court's recollection of the facts and details of this case will fade, and both sides stipulate to the additional extension of time, it is hereby ORDERED that the foregoing stipulation be, and the same hereby is APPROVED.

Dated:  May 18, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. Kim*, CR S 13-0271 WBS

2