```
MASOUD MASJEDI, Esq. (SBN 183715)
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA  90067

Telephone:  (310) 843-9292

Attorney for Defendant,
Moo Hoon (aka "Steve") Kim
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOO HOON KIM, aka Steve Kim<br><br>          Defendant. | CASE NO.: 2:13-CR-0271 WBS<br><br>**REQUEST FOR CALENDARING OF HEARING RE: PARTIES' ENTERING INTO A SENTENCING AGREEMENT, [AND ~~PROPOSED~~ ORDER THEREON]**<br><br>DATE:         JULY 6, 2015<br>TIME:         9:30 AM<br>COURTROOM:    "5"<br><br>*HON. WILLIAM B. SHUBB* |

TO THE HONORABLE COURT:

DEFENDANT'S COUNSEL, hereby respectfully requests that the Court set a hearing, for the above-captioned case, for **JULY 6, 2015; at 9:30 A.M.**, in Courtroom 5 (or, any other Courtroom, as designated by Hon. Judge William B. Shubb), of the Federal Courthouse, located at 501 "I" Street, Sacramento, CA  95814.

REQUEST FOR CALENDARING OF HEARING FOR JULY 6, 2015 [AND PROPOSED ORDER THEREON]   - 1

At said hearing, it is anticipated that all parties [The government of the United States: Plaintiff; AND, Defendant Kim], shall enter into a Sentencing Agreement, the terms of which have already been set in writing, and studied by all parties.

Prior to submission of the within Request, undersigned had advised the U.S. Attorney's office, of the prospective July 6, 2015 hearing date.  The agreement of said office to the July 6th hearing date, has been secured.

DATED: JUNE 9, 2015                               Respectfully Submitted

                                                     /s/ MASOUD MASJEDI
                                                  MASOUD MASJEDI
                                                  Attorney for Defendant

**ORDER**

This matter is set for a Status Conference on **July 6, 2015**; at 9:30 AM, in Courtroom 5

**IT IS SO ORDERED:**

Dated:  June 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE