1  MASOUD MASJEDI, Esq. (SBN 183715)
   2049 CENTURY PARK EAST, SUITE 2680
2  LOS ANGELES, CALIFORNIA  90067

3  Telephone:  (310) 843-9292

4  Attorney for Defendant,
   Moo Hoon (aka "Steve") Kim

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) CASE NO.: 2:13-CR-0271 WBS
                                )
12                              )
           Plaintiff,           ) **JOINT STIPULATION TO CONTINUE**
13                              ) **THE SENTENCING HEARING DATE**
      vs.                       ) **[AND** ~~PROPOSED~~ **ORDER THEREON]**
14                              )
                                )
15 MOO HOON KIM, aka Steve Kim  )
                                )
16                              )
           Defendant.           )
17                                *HON. WILLIAM B. SHUBB*

18 _____

19
        **TO THE HONORABLE COURT:**
20

21
        1.   WHEREAS, currently, the Sentencing Hearing date, for
22
   the above-captioned matter is set for August 24, 2015;
23
        2.   WHEREAS, counsel for the Government ("Government"), as
24
   well as counsel for the Defendant, jointly, have been, and are
25
   currently engaged in, the process of assessing and seeking

   JOINT STIP. RE: CONTINUANCE OF SENTENCING HEARING DATE [AND PROPOSED ORDER]

                                - 1 -

fulfillment of the terms of the Sentencing Agreement, which agreement was entered into, on July 6, 2015;

3.   WHEREAS, the Government, and counsel for Defendant, concur and agree that, the continuance of the currently-set August 24, 2015 hearing, is warranted and serves judicial economy, in that, such continuance is needed for completion of the process described hereinabove (Recital #2);

**THEREFORE**, the Government and the Defendant, hereby jointly agree and stipulate to continue the Sentencing Hearing date of August 24, 2015, to October 26, 2015, at 9:30 A.M [in Courtroom 5; Before Hon. Judge William B. Shubb].

**IT IS SO STIPULATED**

**DATED:  July __28____, 2015**            **BENJAMIN B. WAGNER**
                                            **Untied States Attorney**

                                            **/s/ M.D. ANDERSON**
                                            **[By: MASOUD MASJEDI;**
                                            **Per Authorization]**

                                            **MICHAEL D. ANDERSON**
                                            **Assistant U.S. Attorney**

**DATED:  July __27____, 2015**            For Defendant:

                                            **/s/ MASOUD MASJEDI**

                                            **MASOUD MASJEDI**
                                            **Attorney for Defendant**

**ORDER**

The Parties having agreed to, and stipulated to the following,

**IT IS HEREBY ORDERED** that the Sentencing Hearing date of August 24, 2015 be, and is hereby, continued to  OCTOBER 26, 2015   , at 9:30 A.M. in Courtroom 5, of U.S. District Court, Eastern District of California – Robert T. Matsui Federal Courthouse (Sacramento, California).

**IT IS FURTHER ORDERED** that, all other deadlines and hearing dates (if, any), associated with the Sentencing Hearing date, be continued, based on the newly-set Sentencing Hearing date.

**IT IS SO OREDRED:**

Dated: July 29, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE