MASOUD MASJEDI, Esq. (SBN 183715)
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA  90067

Telephone:  (310) 843-9292

Attorney for Defendant,
Moo Hoon (aka "Steve") Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:13-CR-0271 WBS |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO CONTINUE** |
| | ) **THE SENTENCING HEARING DATE,** |
| vs. | ) **WHICH IS CURRENTLY SET FOR OCT.** |
| | ) **26, 2015** |
| | ) **[AND** ~~PROPOSED~~ **ORDER THEREON]** |
| MOO HOON KIM, aka Steve Kim | ) |
| | ) |
| Defendant. | ) |

*HON. WILLIAM B. SHUBB*

**TO THE HONORABLE COURT:**

1.   WHEREAS, currently, the Sentencing Hearing date, for the above-captioned matter is set for October 26, 2015;

2.   WHEREAS, counsel for the Government ("Government"), and counsel for the Defendant, jointly, have been, and are

JOINT STIP. RE: CONTINUANCE OF SENTENCING HEARING DATE OF 10/26/15

[AND PROPOSED ORDER]    - 1

currently engaged in, the process of assessing and fulfilling the terms of the Sentencing Agreement, which agreement was entered into, on July 6, 2015; WHEREAS, said process also entails the active involvement of various Federal and California law enforcement agencies (other than U.S. Attorney's Office);

3.  WHEREAS, the Government, and counsel for Defendant, concur and agree that, the continuance of the currently-set October 26, 2015 hearing, is warranted and serves judicial economy, in that, such continuance is needed for completion of the process described hereinabove (Recital #2);

**THEREFORE**, the Government and the Defendant, hereby jointly agree and stipulate to continue the Sentencing Hearing date of October 26, 2015, to Tuesday, January 19, 2016, at 9:30 A.M., in Courtroom 5; Before Hon. Judge William B. Shubb].

**IT IS SO STIPULATED**
**DATED: October___7___, 2015**          **BENJAMIN B. WAGNER**
                                         **Untied States Attorney**

                                         **/s/ MICHAEL/D/ANDERSON**
                                         **[Per Authorization]**

                                         **BY: MICHAEL D. ANDERSON**
                                         **Assistant U.S. Attorney**

**DATED: October __7___, 2015**          **For Defendant:**


                                         **/s/ MASOUD/MASJEDI**

                                         **MASOUD MASJEDI**
                                         **Attorney for Defendant**

JOINT STIP. RE: CONTINUANCE OF SENTENCING HEARING DATE OF 10/26/15

[AND PROPOSED ORDER]   - 2

**ORDER**

The Parties having agreed to, and stipulated to the following,

**IT IS HEREBY ORDERED** that the Sentencing Hearing date of October 26, 2015 be, and is hereby, continued to  TUESDAY, JANUARY 19, 2016  , at 9:30 A.M. in Courtroom 5, of U.S. District Court, Eastern District of California – Robert T. Matsui Federal Courthouse (Sacramento, California).

**IT IS FURTHER ORDERED** that, all other deadlines and hearing dates (if, any), associated with the Sentencing Hearing date, be continued, based on the newly-set Sentencing Hearing date.

**IT IS SO ORDERED:**

Dated:  October 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE