```
MASOUD MASJEDI, Esq. (SBN 183715)
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA  90067

Telephone:  (310) 843-9292

Attorney for Defendant,
Moo Hoon (aka "Steve") Kim
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MOO HOON KIM, aka Steve Kim<br><br>        Defendant. | CASE NO.: 2:13-CR-0271 WBS<br><br>**JOINT STIPULATION TO CONTINUE THE SENTENCING HEARING DATE, WHICH IS CURRENTLY SET FOR JANUARY 19, 2016**<br>**[AND ~~PROPOSED~~ ORDER THEREON]**<br><br>*HON. WILLIAM B. SHUBB* |

**TO THE HONORABLE COURT:**

1.   WHEREAS, currently, the Sentencing Hearing date, for the above-captioned matter is set for January 19, 2016;

2.   WHEREAS, counsel for the Government ("Government"), and counsel for the Defendant, jointly, have been, and are

currently engaged in, the process of assessing and fulfilling the terms of the Sentencing Agreement, which agreement was entered into, on July 6, 2015; WHEREAS, said process also entails the active involvement of various Federal and California law enforcement agencies (other than U.S. Attorney's Office);

3. WHEREAS, the Government, and counsel for Defendant, concur and agree that, the continuance of the currently-set January 19, 2016 hearing, is warranted and serves judicial economy, in that, such continuance is needed for completion of the process described hereinabove (Recital #2);

**THEREFORE**, the Government and the Defendant, hereby jointly agree and stipulate to continue the Sentencing Hearing date of January 19, 2016, to <u>Monday, March 14, 2016, at 9:00 A.M., in Courtroom 5; Before Hon. Judge William B. Shubb].</u>

**IT IS SO STIPULATED**
**DATED:  January   13   , 2016**            **BENJAMIN B. WAGNER**
                                              **Untied States Attorney**

                                              **/s/ MICHAEL/D/ANDERSON**
                                              **[Per Authorization]**

                                              **BY: MICHAEL D. ANDERSON**
                                              **Assistant U.S. Attorney**

**DATED:  January   13   , 2016**            **For Defendant:**

                                              **/s/ MASOUD/MASJEDI**

                                              **MASOUD MASJEDI**
                                              **Attorney for Defendant**

## ORDER

The Parties having agreed to, and stipulated to the following,

**IT IS HEREBY ORDERED** that the Sentencing Hearing date of January 19, 2016 be, and is hereby, continued to **MONDAY, MARCH 14, 2016**, **at 9:00 A.M**. in Courtroom 5, of U.S. District Court, Eastern District of California – Robert T. Matsui Federal Courthouse (Sacramento, California).

**IT IS FURTHER ORDERED** that, all other deadlines and hearing dates (if, any), associated with the Sentencing Hearing date, be continued, based on the newly-set Sentencing Hearing date.

**IT IS SO OREDRED:**

Dated: January 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE