MASOUD MASJEDI, Esq. (SBN 183715)
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA  90067

Telephone:  (310) 843-9292

Attorney for Defendant,
Moo Hoon (aka "Steve") Kim

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>MOO HOON KIM, aka Steve Kim<br><br>      Defendant. | CASE NO.: 2:13-CR-0271 WBS<br><br>**JOINT STIPULATION TO CONTINUE THE SENTENCING HEARING DATE, WHICH IS CURRENTLY SET FOR MARCH 14, 2016 [AND ~~PROPOSED~~ ORDER THEREON]**<br><br>*HON. WILLIAM B. SHUBB* |

**TO THE HONORABLE COURT:**

1.  WHEREAS, currently, the Sentencing Hearing date, for the above-captioned matter is set for March 14, 2016;

2.  WHEREAS, counsel for the Government ("Government"), and counsel for the Defendant, concur and agree that, a continuance

JOINT STIP. RE: CONTINUANCE OF SENTENCING HEARING DATE OF 3/14/16

[AND PROPOSED ORDER]    - 1

of the currently-set March 14, 2016 hearing is well-warranted and premised on good cause;

**THEREFORE,** the Government and the Defendant, hereby jointly agree and stipulate to continue the Sentencing Hearing date of March 14, 2016, to <u>Monday, April 18, 2016, at 9:00 A.M. [Courtroom 5; Before Hon. Judge William B. Shubb]</u>.

**IT IS SO STIPULATED**

**DATED: March___3___, 2016**                    **BENJAMIN B. WAGNER**
                                                  **Untied States Attorney**

                                                  **/s/ MICHAEL/D/ANDERSON**
                                                  **[Per Authorization]**

                                                  **BY: MICHAEL D. ANDERSON**
                                                  **Assistant U.S. Attorney**


**DATED: March ___3___, 2016**                   **For Defendant:**

                                                  **/s/ MASOUD/MASJEDI**

                                                  **MASOUD MASJEDI**
                                                  **Attorney for Defendant**

**ORDER**

The Parties having agreed to, and stipulated to the following,

**IT IS HEREBY ORDERED** that the Sentencing Hearing date of March 14, 2016 be, and is hereby, continued to  MONDAY, APRIL 18, 2016  , at 9:00 A.M. in Courtroom 5, of U.S. District Court, Eastern District of California – Robert T. Matsui Federal Courthouse (Sacramento, California).

**IT IS FURTHER ORDERED** that, all other deadlines and hearing dates (if, any), associated with the Sentencing Hearing date, be continued, based on the newly-set Sentencing Hearing date.

**IT IS SO OREDRED:**

Dated: March 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE