```
MASOUD MASJEDI, Esq. (SBN 183715)
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA  90067

Telephone:  (310) 843-9292

Attorney for Defendant,
Moo Hoon (aka "Steve") Kim
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MOO HOON KIM, aka Steve Kim<br><br>         Defendant. | ) CASE NO.: 2:13-CR-0271 WBS<br>)<br>)<br>) **JOINT STIPULATION TO CONTINUE**<br>) **THE SENTENCING HEARING DATE,**<br>) **WHICH IS CURRENTLY SET FOR**<br>) **APRIL 18, 2016**<br>) **[AND ~~PROPOSED~~ ORDER THEREON]**<br>)<br>)<br>)<br>) *HON. WILLIAM B. SHUBB*<br>)<br>) |

**TO THE HONORABLE COURT:**

1.   WHEREAS, currently, the Sentencing Hearing date, for the above-captioned matter is set for April 18, 2016;

2.   WHEREAS, counsel for the Government ("Government"), and counsel for the Defendant, concur and agree that, a

JOINT STIP. RE: CONTINUANCE OF SENTENCING HEARING DATE OF 4/18/16

[AND PROPOSED ORDER]   - 1

continuance of the currently-set April 18, 2016 hearing is well-warranted and premised on good cause;

**THEREFORE,** the Government and the Defendant, hereby jointly agree and stipulate to continue the Sentencing Hearing date of April 18, 2016, to Monday, **May 2, 2016,** at 9:00 A.M. [Courtroom 5; Before Hon. Judge William B. Shubb].

**IT IS SO STIPULATED**

**DATED: April____13____, 2016**              **BENJAMIN B. WAGNER**
                                              **Untied States Attorney**


                                              **/s/ MICHAEL/D/ANDERSON**
                                              **[Per Authorization]**


                                              **BY: MICHAEL D. ANDERSON**
                                              **Assistant U.S. Attorney**


**DATED: April __13___, 2016**                For Defendant:


                                              **/s/ MASOUD/MASJEDI**

                                              **MASOUD MASJEDI**
                                              **Attorney for Defendant**

**ORDER**

The Parties having agreed to, and stipulated to the following,

**IT IS HEREBY ORDERED** that the Sentencing Hearing date of April 18, 2016 be, and is hereby, continued to MONDAY, **MAY 2, 2016**, at 9:00 A.M. in Courtroom 5, of U.S. District Court, Eastern District of California – Robert T. Matsui Federal Courthouse (Sacramento, California).

**IT IS FURTHER ORDERED** that, all other deadlines and hearing dates (if, any), associated with the Sentencing Hearing date, be continued, based on the newly-set Sentencing Hearing date.

**IT IS SO OREDRED:**

Dated:  April 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE