IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:13-CR-0271 WBS |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| MOO HOON KIM, aka Steve Kim | ) |
| Defendant. | ) |

Defendant Moo Hoon Kim has applied for an order extending the date of his self-surrender pursuant to the court's judgment of May 16, 2016.  The court does not accept the government's argument that it lacks jurisdiction to modify the commencement date for service of a sentence.  However, upon consideration of the application, the court does not find that

[PROPOSED] ORDER RE: EXTENSION OF SELF-SURRENDER DATE   - 1

1 the reasons presented constitute sufficient grounds for the
2 court to exercise its discretion to postpone the date for
3 defendant to begin serving the sentence imposed.
4     Defendant's Application for Modification [Extension]
5 of Self-Surrender Date (Docket No. 145) is therefore DENIED.
6 Dated: June 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE