IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOO HOON KIM, aka Steve Kim<br><br>        Defendant. | ) CASE NO.: 2:13-CR-0271 WBS<br>)<br>) *(Related Case: US Dist. Court,*<br>) *Central Dist. Of California Case*<br>) *Number: SA 13-383-M)*<br>)<br>) **[~~PROPOSED~~] ORDER:**<br>) RELEASE OF BOND AND EXONERATION<br>) OF EACH SURETY, BRIAN KIM AND<br>) JENNIFER KIM<br>) |

# [~~PROPOSED~~] ORDER

**FOR GOOD CAUSE SHOWN:**

**IT IS HEREBY ORDERED** that any/all Bond be fully released, including any such Bonds pursuant to Affidavits of Surety dated September 11, 2013; and September 25, 2013.

[*US Dist. Court, Central Dist. Of California Case Number: SA 13-383-M*].

**IT IS FURTHER ORDERED** that, each Surety BRIAN KIM; and, JENNIFER KIM; be fully exonerated and relieved from any and all obligation, lien, guaranty, or encumbrance arising out of, or related to, the Affidavits of Surety dated September 11, 2013; and September 25, 2013.

[*US Dist. Court, Central Dist. Of California Case Number: SA 13-383-M*].

**IT IS SO OREDRED:**

Dated:  August 10, 2016         *[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE