PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00271-WBS |
| Plaintiff, | JOINT STIPULATION AND ORDER TO AMEND JUDGMENT |
| v. | |
| MOO HOON KIM, AKA STEVE KIM, | |
| Defendant. | |

STIPULATION

1. The parties stipulate and agree that the judgment in the above captioned case should be amended to the amount of loss proven at trial for the State of California, Board of Equalization ("BOE"). According to Government Exhibit 1I-001, the total loss amount is $16,119,260.40.

2. The Judgment in a Criminal Case, dated May 20, 2016, ordered that the defendant pay $16,182,645.71 to the BOE. The bottom of page 5 of the Judgment in a Criminal Case says the following: "**Note Regarding the Court-Ordered Restitution: The remaining balance owed by Defendant Kim is $3,678,372.01 due to the crediting of civil forfeiture funds through the Attorney General's remission process." To facilitate the credit of restitution, the parties agree that the Judgment should be amended to the amount of $16,119,260.40 owed to BOE.

3. The parties, therefore, stipulate that the restitution order on page 5 of the Judgment should be amended to state that Moo Hoon Kim aka Steve Kim, shall pay $16,119,260.40 to the BOE.  That

amount will then be credited with civil forfeiture funds pursuant to the granting of BOE's petition for remission by the Asset Forfeiture and Money Laundering Section and subsequent payment to BOE by the U.S. Marshals Service. Once the crediting of forfeiture funds has been completed, the remaining balance owed by defendant Kim will be $3,678,372.01.

Dated: 9/27/16

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

Dated: 9/27/16

/s/ Masoud Masjedi
MASOUD MASJEDI
Attorney for Moo Hoon Kim aka Steve Kim

(Authorized by email)

ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and good cause appearing, that the restitution order on page 5 of the Judgment in a Criminal Case for defendant Moo Hoon Kim aka Steve Kim shall be amended to the amount of $16,119,260.40 owed to the State of California, Board of Equalization.

Dated: September 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE