UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MOO HOON "STEVEN" KIM,<br><br>Movant. | Case No.   2:13-cr-00271-WBS-JDP<br><br>ORDER REQUIRING THE GOVERNMENT TO RESPOND TO MOVANT'S SECTION 2255 MOTION<br><br>ECF No. 160 |

Movant Steven Kim, proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 160. He alleges that his trial counsel provided deficient performance in failing to consider the possibility that he might plead guilty to a non-deportable offense, thus avoiding the removal that he now faces.

I must order a response from the government unless "the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b); *see also* Rule 4(b), Rules Governing Section 2255 Proceedings for the United States District Courts. I cannot say that the movant is "conclusively" entitled to no relief. Therefore, the government must file a response to the section 2255 motion within sixty days of this order's entry. The government must include with its response any and all transcripts or other documents relevant to the determination of the issues presented in the motion. *See* Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, must be filed thirty days from the date the government

1

files a response.  This schedule will be modified if movant amends his section 2255 motion, as he suggests that he might.

IT IS SO ORDERED.

Dated:   October 13, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE