UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOO HOON "STEVE" KIM,<br><br>Movant. | Case No. 2:13-cr-0271-WBS-JDP (HC)<br><br>ORDER GRANTING MOVANT'S MOTION FOR ACCESS TO SEALED DOCUMENT AND GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME<br><br>ECF Nos. 168, 170, & 172 |

Pending are movant's motion to access his sealed sentencing agreement, ECF No. 168, and two motions for extension of time to respond to the government's motion to dismiss his section 2255 action., ECF Nos. 170 & 172. *Id*. The government has not opposed any of these motions. Accordingly, it is hereby ORDERED that:

1. Movant's motion to access his sealed sentencing agreement, ECF No. 168, is GRANTED. The Clerk of Court shall send movant's counsel a copy of the sealed document at ECF No. 122.

2. Movant's motions for extension of time, ECF Nos. 170 & 172, are GRANTED. Movant's response to the government's motion to dismiss shall be due three weeks from the date of this order's entry. The government's reply, if any, shall be due one week thereafter.

IT IS SO ORDERED.

Dated:    January 4, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE