PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-271 WBS-JDP |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CURRENT BRIEFING SCHEDULE AS SET FORTH IN ECF NO. 174 |
| v. | |
| MOO HOON KIM, | |
| Defendant. | |

**STIPULATION**

1. By previous order, the Court set a briefing schedule with respect to the United States' motion to dismiss the defendant's petition for habeas corpus and it ordered the Clerk of the Court to provide defense counsel with a copy of the sealed document in this case, ECF No. 122. ECF No. 174. Pursuant to the Order, the defendant's response to the United States' motion to dismiss is currently due by January 26, 2023. *Id.* Additionally, any reply brief by the United States is currently ordered due within one week of the filing of the defendant's response, putting the reply due no later than February 2, 2023. *Id.*

2. By this stipulation, defendant Moo Hoon Kim, through his counsel of record, and the United States, through its counsel of record, now move to request the current briefing schedule be vacated and modified as follows:

    a) The defendant's response to the United States' motion to dismiss will now be due

1

by March 1, 2023; and

b) The United States reply, if any, will now be due by March 13, 2023.

3. The parties make this joint request for two primary reasons. First, defense counsel and counsel of record for the United States in this case still need additional time to discuss certain arguments raised in the motion to dismiss, including issues relating to the sealed document, ECF No. 122, that could potentially narrow the issues in dispute. Counsel of record for the United States is also currently on personal leave through the month of January and is not able to meet with defense counsel for that purpose until he returns. Second, counsel of record for the United States will also need more than the allotted time under the current Order to review defense counsel's response when filed, and then draft a reply brief given his currently scheduled leave and other already set deadlines in other pending cases. Because of the age of the case and its somewhat lengthy history, reassignment of this matter to another attorney unfamiliar with it for the purpose of drafting a reply brief within the current deadline is also impracticable.

4. Therefore, the parties respectfully request that the Court grant its request for a modified briefing schedule. The requested extension being sought should afford adequate time for the parties to meet and confer and draft their respective, remaining briefs regarding the United States' motion to dismiss.

IT IS SO STIPULATED.

Dated: January 11, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Rosanne Rust for*
MICHAEL D. ANDERSON
Assistant United States Attorney

Dated: January 11, 2023    By:  */s/ Tarik Adlai*
TARIK ADLAI
Defense counsel for defendant
Moo Hoon Kim

[PROPOSED] FINDINGS AND ORDER

The Court has read and considered the parties' Stipulation. Pursuant to the parties' agreement, the briefing schedule established in ECF No. 174 is vacated. The defendant's response to the United States' motion to dismiss is now due by March 1, 2023. The United States reply, if any, is due by March 13, 2023.

Dated: 01/11/2023

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE