TARIK S. ADLAI, SBN 165454
LAW OFFICES OF TARIK S. ADLAI
65 No. Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: (626) 578-7294
Fax: (626) 685-2562
E-mail: *tadlai@adlailaw.com*

Attorneys for Defendant
MOO HOON "STEVE" KIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0271 WBS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| STEVEN KIM, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, it is ordered that the time for Defendant/Movant Moo Hoon "Steven" Kim to respond to the Government's Motion to Dismiss shall be extended up to and including March 22, 2023.

IT IS SO ORDERED.

Dated:   __March 3, 2023__                        _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE