UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00271-WBS-JDP (PC) |
|---|---|
| Respondent, | ORDER GRANTING MOVANT'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| MOO HOON "STEVEN" KIM, | ECF No. 181 |
| Movant. | |

Movant has filed a seventh motion for an extension of time to file a response to the government's motion to dismiss. ECF No. 181. Good cause appearing, it is hereby ORDERED that:

1. Movant's motion for an extension of time, ECF No. 181, is granted.

2. Movant is granted up and until June 13, 2023 to file a response to the government's motion to dismiss.

3. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated: __April 23, 2023__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE