PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00271-WBS-JDP |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| MOO HOON KIM, | |
| Defendant. | |

On July 21, 2023, the United States requested an extension of time to July 28, 2023, to file its reply to Defendant's Objections. Docket No. 183.

IT IS HEREBY ORDERED that the United States' request for an extension is granted. The reply is now due July 28, 2023.

IT IS SO ORDERED.

Dated:   July 24, 2023                        _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE