TARIK S. ADLAI, SBN 165454)
LAW OFFICES OF TARIK S. ADLAI
65 No. Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: (626) 578-7294
Fax: (626) 685-2562
E-mail: *tadlai@adlailaw.com*

Attorney for Defendant
MOO HOON "STEVE" KIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KIM<br><br>Defendant. | No. 2:13-CR-0271 WBS-JDP<br><br>[PROPOSED] ORDER |

FOR GOOD CAUSE SHOWN, it is ordered that the time for Defendant/Movant Moo Hoon "Steven" Kim to file objections to the Findings and Recommendation shall be extended up to and including February 22, 2024.  Movant's motion for an extension of time, ECF No. 194, is granted.

IT IS SO ORDERED.

Dated:   February 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE