TARIK S. ADLAI, SBN 165454)
LAW OFFICES OF TARIK S. ADLAI
65 No. Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: (626) 578-7294
Fax: (626) 685-2562
E-mail: tadlai@adlailaw.com

Attorney for Defendant
MOO HOON "STEVE" KIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN KIM <br><br> Defendant. | Case No. 2:13-CR-0271 WBS-JDP <br><br> [PROPOSED] ORDER |

FOR GOOD CAUSE SHOWN, it is ordered that the time for Defendant/Movant Moo Hoon "Steven" Kim to file objections to the Findings and Recommendation shall be extended up to and including March 7, 2024.

IT IS SO ORDERED.

Dated:   March 6, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE