PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00271-WBS-JDP |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| MOO HOON KIM, | |
| Defendant. | |

On April 22, 2024, the United States requested an extension of time to July 2, 2024, to file its reply to Defendant's Objections. Docket No. 199.

IT IS HEREBY ORDERED that the United States' request for an extension is granted. The reply is now due July 2, 2024.

IT IS SO ORDERED.

Dated:   April 29, 2024            _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE

1