PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>MOO HOON KIM,<br><br>             Defendant. | CASE NO. 2:13-CR-00271-WBS-JDP<br><br>[PROPOSED] ORDER |

On August 3, 2024, the United States requested an extension of time to August 20, 2024, to file its reply to Defendant's Objections. Docket No. 199.

IT IS HEREBY ORDERED that the United States' request for an extension is granted. ECF No. 208. The reply is now due August 20, 2024. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:  August 5, 2024                           _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE