UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00271-WBS-JDP |
| Respondent, | |
| v. | ORDER |
| MOO HOON KIM, | |
| Movant. | |

Defendant has filed a request that the court calendar a hearing on defendant's objections to the magistrate judge's findings and recommendations of October 10, 2023. (Docket No. 201). Accordingly, the matter is hereby set for oral argument on defendant's objections on **November 25, 2024, at 10:00 a.m.** Counsel shall appear in person for such argument in Courtroom 5 of the United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

Dated: November 1, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1