PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MOO HOON KIM,<br><br>       Defendant. | CASE NO. 2:13-CR-00271 WBS-JDP<br><br>STIPULATION TO MODIFY MOTION HEARING DATE AS SET FORTH IN<br>ECF NO. 212 REGARDING DEFENDANT'S OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

**STIPULATION**

1. On November 1, 2024, the Court set a hearing with respect to the defendant's objections to the magistrate judge's findings and recommendation. ECF No. 201. Pursuant to the Order, the hearing is currently set for November 25, 2024, at 10:00 a.m. *Id.*

2. By this stipulation, the parties move to request the hearing date be vacated and reset on December 16, 2024, at 10:00 a.m.

3. The parties make this joint request because December 16, 2024, is the first date on the Court's calendar that both parties are available. Counsel of record for the United States in this case will be out of state on a prepaid vacation, returning November 27, 2024. Counsel of record for defendant, who is located in Southern California, is unavailable December 2, 2024, and December 9, 2024, due to previously scheduled obligations.

1

4.      Therefore, the parties respectfully request that the Court grant this request for a continuance.

IT IS SO STIPULATED.

Dated:  November 5, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney

Dated:  November 5, 2024      By:   */s/ Tarik Adlai*
TARIK ADLAI
Counsel for Defendant
Moo Hoon Kim

**FINDINGS AND ORDER**

The Court has read and considered the parties' Stipulation.  Pursuant to the parties' request, the November 25, 2024, hearing on defendant's objections to magistrate judge's findings and recommendation is vacated and reset for December 16, 2024 at 10:00 a.m.

Dated:  November 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2