UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MOO HOON KIM,<br><br>Movant. | Case Nos.  2:13-cr-00271-WBS-JDP<br>                   2:21-cv-01748-WBS-JDP<br><br><br>ORDER |

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The government has also filed a motion to dismiss. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2023, the magistrate judge filed findings and recommendations herein which was served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations and supplemental authority to support the objections..

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2023 are adopted in full;

2. The government's motion to dismiss, ECF No. 163, is granted;

3. Movant's motion to vacate, set aside, or correct, ECF No. 160, his sentence pursuant to 28 U.S.C. § 2255 is denied;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of Court is directed to close the companion civil case, Case No. 2:21-cv-01748-WBS-JDP, and to enter judgment.

Dated: November 15, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE